JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. **CV 06-6390-VBF(MANx)**                         Dated: **November 8, 2010**

Title:   Los Angeles Police Protective League, et al -v- City of Los Angeles, et al.

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, UNITED STATES DISTRICT JUDGE

          Joseph Remigio                   Rosalyn Adams
          Courtroom Deputy              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

          Gregory G. Peterson            Lucien A. Schmit
          Fenja Klaus                   Ashkan Y. Shakouri
          Gary G. Goyette
          Paul Q. Goyette


**PROCEEDINGS:   HEARING AND RULING ON SUBMITTED MATTERS RE DEFENDANT CITY OF LOS ANGELES'S MOTIONS FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT (DKTS. 324, 338)**


    Case called, and counsel make their appearance.

    The Court on November 8, 2010 heard oral argument by the Parties relating to Defendant City Of Los Angeles's [First] Motion For Summary Judgment Or Partial Summary Judgment (dkt. 324) ("First MSJ").  The Court referred to its Tentative Ruling dated October 26, 2010 (dkt. 361). Plaintiffs conceded that if the Court maintained its Tentative Ruling with respect to Issues 1, 2, 4 and 5, then partial summary judgment as to Issue 6 was appropriate.  The Court took the matter under submission.

    After further consideration of the papers filed and counsels' oral arguments, the Court adopts its Tentative Ruling and for the reasons set forth therein, rules as follows on the First MSJ:

                                          Initials of Deputy Clerk   jre

    (1) The Court GRANTS partial summary judgment in favor of Defendant on Issues 1, 2, 4, 5, 6, 7, 8 and 9;

    (2) The Court takes Issue 3 off calendar as moot;

    (3) The Court GRANTS the First MSJ on the ground that uncontroverted facts establish that Defendant is entitled to judgment on each of Plaintiffs' three claims, and this case as a whole, as a matter of law. *See* Fed. R. Civ. P. 56(c)(2).

    The Court takes Defendant City Of Los Angeles's [Second] Motion For Summary Judgment Or Partial Summary Judgment (dkt. 338) off calendar as moot.

    This case is closed and all future dates are vacated.

Initials of Deputy Clerk   jre

: 26  min