Clifton W. Albright - CA Bar No. 100020
clifton.albright@ayslaw.com
Lucien A. Schmit III - CA Bar No. 116151
lucien.schmit@ayslaw.com
Anthony J. Bejarano - CA Bar No. 223345
anthony.bejarano@ayslaw.com
**ALBRIGHT, YEE & SCHMIT, LLP**
888 West 6th Street, 14th Floor
Los Angeles, California 90017
(213) 833-1700 - telephone
(213) 833-1710 - fax

Attorneys for Defendant
CITY OF LOS ANGELES

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LOS ANGELES POLICE PROTECTIVE LEAGUE ("LAPPL"), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE CITY OF LOS ANGELES, and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. CV 06-6390 VBF (MANx) <br><br> **JUDGMENT** <br><br><br> Discovery Cut-off:   6/30/09 <br> Final Pre-Trial Conference: 2/14/11 <br> Trial:   3/01/11 |

This action came on for hearing before this Court, on November 8, 2010, Hon. Valerie Baker Fairbank, District Judge Presiding, on Defendant City of Los Angeles's Motion for Summary Judgment or Partial summary Judgment, and the evidence presented having been fully considered, the issues having been fully heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed on the merits and that Defendant City of Los Angeles recover its costs.

DATED: November 9, 2010

*Valerie Baker Fairbank*

_____
Hon. Valerie Baker Fairbank
United States District Judge